IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANA AL-RAD GUINN,

   Plaintiff,     No. CIV S-08-3124 FCD GGH P

 vs.

MEDICAL STAFF AT CSP-SAC,

   Defendants.    <u>FINDINGS & RECOMMENDATIONS</u>

_____/

   By order filed February 9, 2009, the court granted plaintiff thirty days to file an amended complaint. In the February 9th order, the court informed plaintiff of the deficiencies in his complaint. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

   For the reasons given in the February 9, 2009, order, IT IS HEREBY RECOMMENDED that this action be dismissed with prejudice. <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

   These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate

1

1 | Judge's Findings and Recommendations."   Plaintiff is advised that failure to file objections
2 | within the specified time may waive the right to appeal the District Court's order.
3 | DATED: April 20, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

guin3124.fta